ACCEPTED
04-15-00688-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2015 2:15:07 AM
KEITH HOTTLE
CLERK

No. 04-15-00688-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2015 2:15:07 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

IN THE ESTATE OF CARLOS AGUILAR, DECEASED,
*Appellant*

On Appeal from Cause No. 2012-PB4-000048-L2, In the County Court
No. 2 of Webb County, Texas, Honorable Jesus Garza, Presiding

APPELLANTS' ADVISORY REGARDING REPORTER'S RECORD

TO THE HONORABLE COURT OF APPEALS:

Appellants Vanessa Arce and Eudelia Aguilar, Co-Administrators of the Estate of Carlos Aguilar, Deceased, pursuant to the Court's December 9, 2015, order, provide the Court with written proof that the Reporter's Record has been requested and payment arrangements made.

I.

On December 7, 2015, the Court notified the court reporter that the Reporter's Record was late. On December 8, 2015, the court reporter filed her request for an extension of time to file the Reporter's Record. On December 9, 2015, the Court issued its order requiring

Appellants to request the Reporter's Record(s) required to address the issues raised in this appeal and to either pay for the record or make the appropriate arrangements with the court reporter. The Court further ordered Appellants to provide written proof that they had done so within ten days of the order. Because that deadline fell on a Saturday, Appellants were to provide the written proof by Monday, December 21, 2015.

## II.

Appellants requested the Reporter's Record in writing on December 9, 2015. See attached letter to court reporter. Appellants also offered to pay any required deposit for preparing the record. On December 11, 2015, pursuant to the court reporter's request, Appellants provided a $1,000.00 deposit for preparation of the record by delivering a check to the court reporter. It is Appellants' understanding that the Reporter's Record will be filed by the extended deadline currently in place.

## III.

Appellants respectfully request leave to file this advisory two days after the Court's deadline. At the time the Court's order was received, it was calendared in the electronic calendaring system of the undersigned's office for Saturday, December 19, 2015. Neither the undersigned counsel nor his staff noticed the calendar entry Monday, December 21, 2015. As a result, this advisory was not filed by the Court's deadline. As is evident from the above facts and the attached

2

exhibit, Appellants did not delay in responding to the Court's order and curing any deficiencies. The preparation of the record will not be further delayed by the late filing of this advisory. Appellants stand ready to prepare their briefing promptly upon filing of the reporter's Record.

WHEREFORE, PREMISES CONSIDERED, Appellants Vanessa Arce and Eudelia Aguilar, Dependent Administrators of the Estate of Carlos Aguilar, Deceased, and their counsel, respectfully request that the Court accept this advisory as timely filed and that their briefing schedule be set by the filing of the Reporter's Record, and such other relief, both legal and equitable, to which they may be entitled.

Respectfully submitted,

By: _/s/ Ryan G. Anderson_
Ryan G. Anderson
State Bar No. 00783546
**LAW OFFICES OF RYAN G. ANDERSON, PLLC**
115 E. Travis, Suite 1403
San Antonio, Texas 78205
Tel: (210) 399-0198
Fax: (210) 855-5050
E-mail: _ryan@rgalawpc.com_

David G. Balmer
Texas Bar No. 00790260
**BALMER LAW FIRM, P.C.**
10107 McAllister Freeway
San Antonio, Texas 78216
Tel. (210) 617-4600
Fax. (210) 617-4601
Email: davidb@dbalmerlaw.com

*Attorneys for Appellants Eudelia*
*Aguilar and Vanessa Arce, as Co-*
*Administrators of the Estate of Carlos*
*Aguilar, Deceased*

## CERTIFICATE OF SERVICE

I certify that on December 23, 2015, a true and correct copy of this filing was served on the following electronically through the electronic filing manager and by email:

Ronald Rodriguez
Attorney at Law
915 Victoria Street
Laredo, TX 78040

*Attorney for Clarissa Aguilar as Next Friend for*
*Carlos Aguilar, Jr., Alyssa Nicole Aguilar, Andrew Aguilar,*
*Marcus Aguilar and Kaylee Annette Aguilar, Minor Children*

*/s/ Ryan G. Anderson*
Ryan G. Anderson

Filed: 12/9/2015 11:43:50 AM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Brigette Garay, Deputy

LAW OFFICES OF

# RYAN G. ANDERSON

*a professional limited liability corporation*

Ryan Anderson
ryan@rgalawpc.com
BOARD CERTIFIED IN CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

December 9, 2015

Roxanne Soto                                          *Via Facsimile: (956) 523-5075*
Official Court Reporter
County Court at Law #2
Webb County Justice Center
1110 Victoria, Ste. 404
Laredo, Texas  78040

> Re: Cause No: 2012-PB4-000048-L2; *In the Estate of Carlos Aguilar,
> Deceased*; pending in the County Court at Law No. 2, Webb County,
> Texas

Dear Ms. Soto:

Dependent Administrators Eudelia Aguilar and Vanessa Arce are appealing the Court's September 28, 2015 order denying their motion to withdraw funds to pay the Estate's attorneys' fees to the Fourth Court of Appeals. The Court held hearings on the following dates that addressed issues related to the challenged order:

1.  September 16, 2015;
2.  May 26, 2015;
3.  October 29, 2014;
4.  October 22, 2014;
5.  July 3, 2014; and
6.  August 15, 2012.

Please prepare, file and certify an original and one copy of the Reporter's Record from each of the above hearings, including the attorneys' arguments, all testimony from all of the witnesses, all discussion between the judge and the attorneys, all bench conferences, all in chambers conferences, all exhibits (whether admitted or not), all bills of exceptions and all offers of proof.

The Notice of Appeal was filed on October 28, 2015. The Reporter's Record was due to be filed on or before November 27, 2015. I apologize for the delay in requesting preparation of the Reporter's Record. It was an oversight on my part.

Please let me know your requirements regarding a deposit for preparing the record and I will deliver a check to you promptly. I will be in Laredo this Friday, December 11, 2015. If you have your estimate prepared by that date, I will drop a check off to your office. If you have any questions, please call me at 399-0198.

Should you have any questions, please do not hesitate to call me. Thank you for your attention to this matter.

Sincerely,

Ryan G. Anderson

RGA:dv

cc:  Webb County Clerk          *Via E-filing*
     Mr. Ronald Rodriguez        *Via Facsimile: (956) 796-1002*
     Mr. Jesus Guillen           *Via Facsimile: (877) 874-6540*
     Mr. Sergio Lozano           *Via Facsimile: (866) 833-4545*
     Mr. David Balmer            *Via E-mail: davidb@dbalmerlaw.com*
     Mr. Craig Smith             *via E-mail: csslawrr@gmail.com*